# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Laurel E. | 2. Court or Organization<br><br>United States Bankrutpcy Court, District of Nevada | 3. Date of Report<br><br>05/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Bankruptcy Court
District of Nevada
300 Las Vegas Boulevard South
Las Vegas, NV 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder and Director | Fennemore Craig, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Fennemore Craig, P.C. - salary for legal servives | $202,639.71 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Banktruptcy Institute | 08/22/2013 - 08/24/2013 | Incline Village, NV | Non-FJC educational seminar or program | Airfare, transportation, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Laurel E.** | 05/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Mortgage on Utah Condo, Cedar City, UT (Part VII, line 63) | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank #1 | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank #2 | A | Interest | K | T | | | | | |
| 3. Bank of George (Y) | | | | | | | | | |
| 4. Lionel Sawyer, Note Receivable (Y) | | | | | | | | | |
| 5. LPL Financial Brokerage Account: (H) | | | | | | | | | |
| 6. -Insured Cash Account Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 7. -JP Morgan Chase & Co Allerian MLP | B | Dividend | K | T | Buy | 04/09/13 | K | | |
| 8. -Fidelity Advisor Mid Cap Value Cl A | | None | | | Buy | 02/12/13 | K | | |
| 9. | | | | | Sold | 11/15/13 | K | D | |
| 10. -Invesco American Franchise Cl A | B | Dividend | K | T | Buy | 10/21/13 | K | | |
| 11. -Janus Global Life Sciences Cl T | C | Dividend | K | T | Buy | 02/14/13 | K | | |
| 12. -JP Morgan Floating Rate Income Cl A | A | Dividend | | | Buy | 08/23/13 | K | | |
| 13. | | | | | Sold | 11/15/13 | K | A | |
| 14. -Oppenheimer Global Strategic Income Cl A | A | Dividend | | | Buy | 06/28/13 | J | | |
| 15. | | | | | Sold | 11/15/13 | J | A | |
| 16. -Oppenheimer Global Value Cl A | A | Dividend | L | T | Buy | 04/09/13 | K | | |
| 17. | | | | | Buy (add'l) | 11/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pimco Income Cl A | B | Dividend | | | Sold | 11/15/13 | K | C | |
| 19. -Prudential Jennison Health Sciences Cl A | C | Dividend | K | T | Buy | 02/12/13 | K | | |
| 20. -SPDR Series Trust S&P Homebuilders ETF | A | Dividend | K | T | Buy | 02/12/13 | K | | |
| 21. -AIM Invesco Comstock Cl A | A | Dividend | | | Buy | 04/19/13 | K | | |
| 22. | | | | | Sold | 10/21/13 | K | C | |
| 23. -AIM Invesco High Yield Municipal Cl A | A | Dividend | | | Sold (part) | 02/12/13 | K | A | |
| 24. | | | | | Sold | 02/14/13 | K | B | |
| 25. -Fidelity Advisors Corporate Bond Cl A (Y) | | | | | | | | | |
| 26. -Fidelity Advisors Intl Real Estate Cl A | | None | | | Sold | 02/12/13 | K | C | |
| 27. -Janus Flexible Bond Cl T | A | Dividend | | | Sold (part) | 02/12/13 | J | | |
| 28. | | | | | Sold | 02/14/13 | K | | |
| 29. -Janus Global Bond Cl T (Y) | | | | | | | | | |
| 30. -JP Morgan Total Return Cl A | | None | | | Sold | 01/02/13 | K | A | |
| 31. -Oppenheimer AMT Free Municipal Cl A | A | Dividend | | | Sold (part) | 01/02/13 | K | B | |
| 32. | | | | | Sold (part) | 02/12/13 | J | A | |
| 33. | | | | | Sold | 06/28/13 | J | | |
| 34. -Pimco High Yield Municipal Bond Cl P (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Prudential Municipal High Income Cl A | A | Dividend | | | Sold | 02/12/13 | K | A | |
| 36. -Legg Mason Western Asset Managed Municipal Cl I (Y) | | | | | | | | | |
| 37. -JP Morgan Growth & Income Cl A (X) | A | Dividend | | | Buy | 06/11/13 | K | | |
| 38. | | | | | Sold | 08/23/13 | K | A | |
| 39. -JP Morgan China Region (X) | | None | | | Buy | 01/02/13 | J | | |
| 40. | | | | | Buy (add'l) | 01/02/13 | K | | |
| 41. | | | | | Sold | 02/15/13 | K | A | |
| 42. -JP Morgan Intrepid Mid Cap Cl A (X) | A | Dividend | | | Buy | 02/12/13 | K | | |
| 43. | | | | | Sold | 06/11/13 | K | C | |
| 44. -Oppenheimer Intl Small Company Cl A (X) | | None | | | Buy | 01/02/13 | K | | |
| 45. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 46. | | | | | Sold | 04/09/13 | K | B | |
| 47. -Invesco Energy A (X) | | None | | | Buy | 02/14/13 | K | | |
| 48. | | | | | Sold | 04/09/13 | K | | |
| 49. -Ishares Gold Trust (X) | | None | | | Sold (part) | 01/31/13 | J | | |
| 50. | | | | | Sold (part) | 02/12/13 | K | | |
| 51. | | | | | Sold (part) | 02/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/31/13 | J | | |
| 53. | | | | | Sold | 04/09/13 | K | | |
| 54. -Pimco High Yield Spectrum P | B | Dividend | L | T | Buy | 11/15/13 | K | | |
| 55. -Fidelity Advisors Industrials Cl A | A | Dividend | K | T | Buy | 11/15/13 | K | | |
| 56. -Undiscovered Managers Behavioral Value Cl A | A | Dividend | K | T | Buy | 11/15/13 | K | | |
| 57. Charles Scwhab Fennemore Craig P.C. 401(k) (H) | | | | | | | | | |
| 58. -T. Rowe Price Retirement 2020 | F | Int./Div. | | | Closed | 06/30/13 | O | | |
| 59. Charles Schwab Retirement Plan and Trust Fennemore CRaig (H) | | | | | | | | | |
| 60. -Retirement Account, no control | D | Int./Div. | | | Closed | 06/30/13 | M | | |
| 61. Vanguard Retirement Plan and Trust of Fennemore Craig (H) | | | | | | | | | |
| 62. -TRP Retirement 2020 Inv | F | Int./Div. | P1 | T | | | | | |
| 63. Utah Condo, Cedar City, UT (sold May 2013) | | None | | | Sold | 05/13/13 | M | | Joanne Rice |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/05/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurel E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544